THE PEOPLE OF THE STATE OF NEW YORK ex rel. 270 PARK AVENUE CORPORATION et al., Respondents, against JAMES J. SEXTON et al., as Commissioners of Taxes and Assessments of the City of New York, et al., Appellants.

Argued October 4, 1945; decided October 26, 1945.

*Ignatius M. Wilkinson, Corporation Counsel* (*Oscar L. Tucker* and *Leo Brown*), for appellants.

*Herbert C. Smyth, Jr.,* and *Thomas F. Dougherty* for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and MEDALIE, JJ. Taking no part: THACHER, J.